IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CP CONSTRUCTION, LLC, CAPITOL CITY CONSTRUCTION, LLC, and CARLYLE & KENNEDY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:06-1153 Judge Trauger |
| v. | ) ) | Magistrate Judge Knowles |
| GEORGE HOLDER, BROOKS KRABOUSANOS, FULL SERVICE DRYWALL COMPANY, FULL SERVICE RESTORATION, INC., FULL SERVICE RESTORATION, INC. MONEY PURCHASE PENSION PLAN, JOHN ELDRIDGE, III and SHELBYVILLE WAREHOUSE, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Magistrate Judge issued a Report and Recommendation on November 30, 2007, recommending that defendant Holder's Motion to Set Aside Default Judgment be denied without prejudice. (Docket No. 41)  No timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that defendant Holder's Motion to Set Aside Default Judgment (Docket No. 36), which the Magistrate Judge has construed as a motion to set aside the default entered by the Clerk, is **DENIED WITHOUT PREJUDICE**.

Any request for a default judgment against defendant Holder must be filed by separate

1

motion and properly supported by affidavits and documentation.

    It is so **ORDERED.**

    Enter this 15th day of January 2008.

                                          ALETA A. TRAUGER
                                          United States District Judge