**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CP CONSTRUCTION, LLC, CAPITOL CITY CONSTRUCTION, LLC, and CARLYLE & KENNEDY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:06-1153 Judge Trauger |
| v. | ) ) | Magistrate Judge Knowles |
| GEORGE HOLDER, BROOKS KRABOUSANOS, FULL SERVICE DRYWALL COMPANY, FULL SERVICE RESTORATION, INC., FULL SERVICE RESTORATION, INC. MONEY PURCHASE PENSION PLAN, JOHN ELDRIDGE, III and SHELBYVILLE WAREHOUSE, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER and JUDGMENT

On October 10, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 52), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff Capitol City Construction, LLC is awarded a judgment against defendant George Holder in the amount of $99,975 in compensatory damages plus $99,975 in punitive damages, for a total damage award of $199,950. It is further **ORDERED** that the plaintiff CP Construction, LLC is awarded a judgment against defendant George Holder in the amount of $24,975 in compensatory damages plus $24,975 in punitive damages, for a total damage award of $49,950. These are judgments awarded to these two plaintiffs, for which execution may issue.

1

It is so **ORDERED.**

Enter this 13th day of November 2008.

_____
ALETA A. TRAUGER
United States District Judge